IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HERCULES INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> YOGAPIPE, INC., <br><br> Defendant. | JUDGMENT IN A CIVIL CASE <br><br> Case No. 2:22-cv-27-DAK-JCB <br><br> Judge Dale A. Kimball <br><br> Magistrate Judge Jared C. Bennett |
| UMC, INC. <br><br> Intervenor Plaintiff, <br><br> v. <br><br> HERCULES INDUSTRIES, INC, AND YOGAPIPE, INC., <br><br> Intervenor Defendants. | |

Based on this court's October 10, 2023 Memorandum Decision and Order, the court enters judgment in favor of Hercules Industries, Inc., and UMC, Inc. on their claims against YogaPipe, Inc. The court awards Hercules Industries $318,849.68 and UMC $251,150.32 on their indemnity claims against YogaPipe. This action is closed.

DATED this 10th day of October 2023.

BY THE COURT:

DALE A. KIMBALL
United States District Judge

I hereby certify that the annexed is a true and correct copy of a document or an electronic docket entry on file at the United States District Court for the District of Utah.
Number of pages: 1
Date: 5-3-24
GARY P. SERDAR
CLERK OF COURT
By: Deputy Clerk

Scanned with CamScanner